IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD. | § § | |
| Plaintiff, | § § | Civil Action No.  6:23-cv-196 |
| v. | § § | JURY TRIAL DEMANDED |
| SAMSONITE INTERNATIONAL S.A. | § § § § | |
| Defendant. | | |

**PLAINTIFF SWISSDIGITAL USA CO., LTD.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff") certifies that Plaintiff does not have a parent corporation.  Plaintiff further certifies that no publicly-held entity owns ten percent or more of Plaintiff's stock.

Dated:  March 17, 2023

                                                        Respectfully submitted,

                                                        By: */s/ Jacqueline P. Altman*

                                                        Dariush Keyhani (*pro hac vice to be filed*)
                                                        Frances H. Stephenson (*pro hac vice to be filed*)
                                                        Keyhani LLC
                                                        1050 30th Street NW
                                                        Washington, DC 20007
                                                        T. 202.748.8950
                                                       F. 202.318.8958
                                                       dkeyhani@keyhanillc.com
                                                       fstephenson@keyhanillc.com

1

        Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
jaltman@namanhowell.com
palmer@namanhowell.com
apowell@namanhowell.com

ANDY TINDEL
Texas State Bar No. 20054500

MT²LAW GROUP
 MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:       (903) 596-0900
Fax:      (903) 596-0909
Email:   atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF
SWISSDIGITAL USA CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 17, 2023.

        */s/ Jacqueline P. Altman*
        Jacqueline P. Altman