# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

SWISSDIGITAL USA CO., LTD.

vs.  Case No.: 6:23-cv-196

SAMSONITE INTERNATIONAL S.A.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __Dariush Keyhani__, counsel for __Swissdigital USA Co., Ltd.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Dariush Keyhani__ may appear on behalf of __Swissdigital USA Co., Ltd.__ in the above case.

IT IS FURTHER ORDERED that __Dariush Keyhani__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE