# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., *Plaintiff*, v. SAMSONITE INTERNATIONAL S.A., *Defendant*. | Civil Action No. 6:23-cv-00196-ADA **JURY TRIAL DEMANDED** |

## DECLARATION OF NEIL J. MCNABNAY IN SUPPORT OF SAMSONITE INTERNATIONAL S.A.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

I, Neil J. McNabnay, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., counsel of record for Samsonite International S.A. I have personal knowledge of the facts stated herein, except those that are stated on information and belief and can testify completely thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of a certified translation of Samsonite International's page from the Register of Commerce and Companies.

3. Attached as Exhibit B to this declaration is a true and correct copy of the untranslated version of Samsonite International's page from the Register of Commerce and Companies.

4. Attached as Exhibit C to this declaration is a true and correct copy of the Lex Machina Report of patent cases before Judge Alan D. Albright as of May 23, 2023.

5. Attached as Exhibit D to this declaration is a true and correct copy of the Lex Machina Report of patent cases in the entirety of D. Mass as of May 23, 2023.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Dallas, Texas, this 20th day of June, 2023.

                                                  */s/ Neil J. McNabnay*
                                                  Neil J. McNabnay