United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Altman, Jacqueline P. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, October 4, 2023 |
| Re: | 06:23-CV-00196-ADA / Doc # 34 / Filed On: 10/04/2023 04:06 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Per Judge Albright's Order Governing Proceedings in Patent Cases,  Proposed Orders should not contain the word proposed in the title. Please file a corrected proposed Scheduling Order.