IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSONITE INTERNATIONAL S.A. § <br> Defendant. § | Case No. 6:23-cv-196-ADA <br><br> JURY TRIAL DEMANDED |

## AGREED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| October 6, 2023 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| December 7, 2023 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| December 21, 2023 | Parties exchange claim terms for construction. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

1

| Deadline | Item |
|---|---|
| January 4, 2024 | Parties exchange proposed claim constructions. |
| January 11, 2024 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| January 18, 2024 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| January 25, 2024 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| February 15, 2024 | Plaintiff files Responsive claim construction brief. |
| February 29, 2024 | Defendant files Reply claim construction brief. |
| February 29, 2024 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| March 14, 2024 | Plaintiff files a Sur-Reply claim construction brief. |
| March 19, 2024 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 21, 2024 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| March 28, 2024 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| March 29, 2024<br><br>(or one business day after the *Markman* hearing) | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| May 9, 2024 | Deadline to add parties. |
| May 23, 2024 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| July 18, 2024 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| September 26, 2024 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| October 24, 2024 | Close of Fact Discovery. |
| November 7, 2024 | Opening Expert Reports. |
| December 5, 2024 | Rebuttal Expert Reports. |
| December 19, 2024 | Close of Expert Discovery. |
| December 27, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| January 9, 2025 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| February 6, 2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| February 20, 2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| February 27, 2025 | Serve objections to rebuttal disclosures; file Motions *in limine.* |
| March 13, 2025 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine* |

| Deadline | Item |
|---|---|
| March 20, 2025 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| March 20, 2025 | Deadline to file replies to motions *in limine* |
| March 27, 2025 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| March 31, 2025 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| April 2, 2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 7, 2025 | Final Pretrial Conference. Held in person unless otherwise requested. |
| April 28, 2025[3] | Jury Selection/Trial. |

SIGNED this 23rd day of October, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[3] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.