# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

SWISSDIGITAL USA CO., LTD.,

*Plaintiff*,

v.

SAMSONITE INTERNATIONAL S.A.,

*Defendant.*

Civil Action No. 6:23-cv-00196-ADA

**JURY TRIAL DEMANDED**

## AMENDED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| January 11, 2024 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| January 25, 2024 | Parties exchange claim terms for construction. |
| February 8, 2024 | Parties exchange proposed claim constructions. |
| February 15, 2024 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[1] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| February 22, 2024 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |

---

[1] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| February 29, 2024 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| March 21, 2024 | Plaintiff files Responsive claim construction brief. |
| March 29, 2024 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| April 4, 2024 | Defendant files Reply claim construction brief. |
| April 4, 2024 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| April 18, 2024 | Plaintiff files a Sur-Reply claim construction brief. |
| April 23, 2024 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| April 25, 2024 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| May 2, 2024 | *Markman* Hearing at 9:00 a.m. |
| May 9, 2024 | Deadline to add parties. |
| May 23, 2024 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| July 18, 2024 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| September 26, 2024 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| October 24, 2024 | Close of Fact Discovery. |
| October 31, 2024 | Opening Expert Reports. |
| November 28, 2024 | Rebuttal Expert Reports. |

| Deadline | Item |
|---|---|
| December 19, 2024 | Close of Expert Discovery. |
| December 27, 2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| January 9, 2025 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| February 6, 2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| February 20, 2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| February 27, 2025 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| March 13, 2025 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine* |
| March 20, 2025 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| March 20, 2025 | Deadline to file replies to motions *in limine* |
| March 27, 2025 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| March 31, 2025 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| April 2, 2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 7, 2025 | Final Pretrial Conference.  Held in person unless otherwise requested. |

| Deadline | Item |
|---|---|
| April 28, 2025 | Jury Selection/Trial. |

SIGNED this 6th day of December, 2023.

                                          DEREK T. GILLILAND
                                          UNITED STATES MAGISTRATE JUDGE