# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSONITE INTERNATIONAL S.A.,<br><br>    Defendant. | Civil Action No. 6:23-cv-00196-ADA<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF DEPOSITION OF TONY QUARTARONE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff") will take the deposition upon oral examination of Tony Quartarone on Thursday, February 1, 2024, at 11:00 a.m. at Samsonite Corporate Headquarters, 575 West Street, Suite 110, Mansfield, MA 02048.

The deposition will be taken before a certified short hand reporter or any other officer appointed or designated under Fed. R. Civ. P. 28 that is authorized to take depositions. Notice is also given pursuant to Fed. R. Civ. P. 30(b)(3) that in addition to recording this oral deposition by stenographic means, this oral deposition may also be recorded by audio and audiovisual means, specifically including videotape recording and by real time transcription. The deposition will continue from day to day until completed.

1

Dated: January 16, 2024

                                                    Respectfully submitted,

                                                    */s/ Dariush Keyhani*
                                                    Dariush Keyhani
                                                    Frances H. Stephenson
                                                    Keyhani LLC
                                                    1050 30th Street NW
                                                    Washington, DC 20007
                                                    T. 202.748.8950
                                                    F. 202.318.8958
                                                    dkeyhani@keyhanillc.com
                                                    fstephenson@keyhanillc.com

                                                    *Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served upon Defendant's counsel of record via electronic mail on January 16, 2024.

                                         */s/ Scott M. Draffin*
                                         Scott M. Draffin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>　Plaintiff,<br><br>　v.<br><br>SAMSONITE INTERNATIONAL S.A.,<br><br>　Defendant. | Civil Action No. 6:23-cv-00196-ADA<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF DEPOSITION OF ALICE ZENG

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff") will take the deposition upon oral examination of Alice Zeng on Thursday, February 1, 2024, at 3:00 p.m. at Samsonite Corporate Headquarters, 575 West Street, Suite 110, Mansfield, MA 02048.

The deposition will be taken before a certified short hand reporter or any other officer appointed or designated under Fed. R. Civ. P. 28 that is authorized to take depositions. Notice is also given pursuant to Fed. R. Civ. P. 30(b)(3) that in addition to recording this oral deposition by stenographic means, this oral deposition may also be recorded by audio and audiovisual means, specifically including videotape recording and by real time transcription. The deposition will continue from day to day until completed.

Dated:  January 16, 2024

                                            Respectfully submitted,

                                            */s/ Dariush Keyhani*
                                            Dariush Keyhani
                                            Frances H. Stephenson
                                            Keyhani LLC
                                            1050 30th Street NW
                                            Washington, DC 20007
                                            T. 202.748.8950
                                            F. 202.318.8958
                                            dkeyhani@keyhanillc.com
                                            fstephenson@keyhanillc.com

                                            *Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served upon Defendant's counsel of record via electronic mail on January 16, 2024.

                                                */s/ Scott M. Draffin*
                                                Scott M. Draffin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>SAMSONITE INTERNATIONAL S.A.,<br><br>Defendant. | Civil Action No. 6:23-cv-00196-ADA<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF DEPOSITION OF CANDY ZHANG

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff") will take the deposition upon oral examination of Candy Zhang on Thursday, February 1, 2024, at 1:00 p.m. at Samsonite Corporate Headquarters, 575 West Street, Suite 110, Mansfield, MA 02048.

The deposition will be taken before a certified short hand reporter or any other officer appointed or designated under Fed. R. Civ. P. 28 that is authorized to take depositions. Notice is also given pursuant to Fed. R. Civ. P. 30(b)(3) that in addition to recording this oral deposition by stenographic means, this oral deposition may also be recorded by audio and audiovisual means, specifically including videotape recording and by real time transcription. The deposition will continue from day to day until completed.

Dated: January 16, 2024

                                              Respectfully submitted,

                                              */s/ Dariush Keyhani*
                                              Dariush Keyhani
                                              Frances H. Stephenson
                                              Keyhani LLC
                                              1050 30th Street NW
                                              Washington, DC 20007
                                              T. 202.748.8950
                                              F. 202.318.8958
                                              dkeyhani@keyhanillc.com
                                              fstephenson@keyhanillc.com

                                              *Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing document was served upon Defendant's counsel of record via electronic mail on January 16, 2024.

                                              */s/ Scott M. Draffin*
                                              Scott M. Draffin