# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSONITE INTERNATIONAL S.A.,<br><br>*Defendant*. | Civil Action No. 6:23-cv-00196-ADA<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2024, *Defendant Samsonite International S.A.'s Exhibits in Support of Motion for Leave to File a Supplemental Brief in Support of Its Reply* was filed electronically at Dkt. 42 in compliance with Local Rule CV-5(a) and was served via electronic mail on all counsel of record pursuant to Local Rule CV-5.2(e).

1

Dated: February 12, 2024  **FISH & RICHARDSON P.C.**

By: */s/ Bailey K. Benedict*
   Neil J. McNabnay
   njm@fr.com
   Texas Bar No. 24002583
   FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
   Dallas, TX 75201
   (214) 747-5070 (Telephone)
   (214) 747-2091 (Facsimile)

   Bailey K. Benedict
   benedict@fr.com
   Texas Bar No. 24083139
   FISH & RICHARDSON P.C.
   909 Fannin Street, Suite 2100
   Houston, TX 77010
   (713) 654-5300 (Telephone)
   (713) 652-0109 (Facsimile)

   Wonjoon Chung (*Pro Hac Vice*)
   chung@fr.com
   Georgia Bar No. 396468
   FISH & RICHARDSON P.C.
   1180 Peachtree Street NE, 21st Floor
   Atlanta, GA 30309
   (404) 892-5005 (Telephone)
   (404) 892-5002 (Facsimile)

*Attorneys for Defendant*
*SAMSONITE INTERNATIONAL S.A.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rule CV-5(a) and was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

      */s/ Bailey K. Benedict*
      Bailey K. Benedict