IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSONITE INTERNATIONAL S.A. § <br> Defendant. § | Case No. 6:23-cv-196-ADA <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S STATUS REPORT ON VENUE MOTION AND RESPONSE TO DEFENDANT'S STATUS REPORT**

Defendant filed a Status Report (Dkt. 48) without Plaintiff's consent that misrepresents Plaintiff's position and the status of briefing and venue discovery. Venue discovery is not closed, and Defendant is still seeking leave to file a supplemental brief.

Pursuant to the Court's January 23, 2024 Standing Order Governing Proceedings (OGP) 4.4 – Patent Cases, all parties who have filed a motion to transfer shall provide the Court with a status report when the motion to transfer becomes ready for resolution. On February 1, despite Defendant's ongoing failure to sufficiently respond to Plaintiff's discovery requests, Plaintiff proposed closing venue discovery and resting on the briefs. Ex A at 6 (Feb. 1 email from J. Altman). Plaintiff also offered to file this notice with the Court to inform the Court that briefing on Defendant's Motion to Dismiss or Transfer was complete. Ex A at 6 (Feb. 1 email from J. Altman) and 1 (Feb. 9 email from J. Altman). Defendant responded saying that it wanted to file a supplemental brief in support of its own reply to its motion to transfer. Ex A at 5 (Feb. 5 Email from J. Chung). Plaintiff opposed this, and the parties' positions are pending before the Court. *See* Dkts. 41, 45, and 47.

As we sit here today, venue discovery is not closed, and Defendant's Motion to Dismiss or Transfer is not fully briefed. Resolution of venue discovery and briefing depends on the Court's

1

ruling on Defendant's Opposed Motion for Leave to File Supplemental Brief in Support of Its Reply (Dkt. 41).  If the Court grants Defendant's additional briefing, then Plaintiff asks that the record be complete and that Defendant produce the outstanding venue discovery.

Dated: February 29, 2024                                   Respectfully Submitted,

                                                           By: */s/ Dariush Keyhani*
                                                           Dariush Keyhani (*admitted pro hac vice*)
                                                           Frances H. Stephenson (*admitted pro hac vice*)
                                                           Keyhani LLC
                                                           1050 30th Street NW
                                                           Washington, DC 20007
                                                           T. 202.748.8950
                                                           F. 202.318.8958
                                                           dkeyhani@keyhanillc.com
                                                           fstephenson@keyhanillc.com

                                                           Jacqueline P. Altman
                                                           State Bar No. 24087010
                                                           John P. Palmer
                                                           State Bar No. 15430600
                                                           John A. "Andy" Powell
                                                           State Bar No. 24029775
                                                           USPTO Reg. No. 71,533
                                                           NAMAN HOWELL SMITH & LEE, PLLC
                                                           400 Austin Ave., Suite 800
                                                           Waco, Texas 76701
                                                           jaltman@namanhowell.com
                                                           palmer@namanhowell.com
                                                           powell@namanhowell.com

                                                           Andy Tindel
                                                           Texas State Bar No. 20054500
                                                           MT2LAW GROUP
                                                           MANN | TINDEL | THOMPSON
                                                           112 East Line Street, Suite 304
                                                           Tyler, Texas 75702
                                                           Tel: (903) 596-0900
                                                           Fax: (903) 596-0909
                                                           atindel@andytindel.com

                                                           *Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 1, 2024.

                                                     */s/ Dariush Keyhani*
                                                     Dariush Keyhani