IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>SAMSONITE INTERNATIONAL S.A.,<br><br>    *Defendant*. | Civil Action No. 6:23-cv-00196-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SAMSONITE INTERNATIONAL S.A. UNOPPOSED MOTION TO FURTHER AMEND THE FIRST AMENDED SCHEDULING ORDER (Dkt. 40)**

Defendant Samsonite International S.A. ("Samsonite International") respectfully requests that the Court modify the Amended Scheduling Order (Dkt. No. 40) pursuant to Fed. R. Civ. P. 16(b)(4). There is good cause for the Court to exercise its discretion under Rule 16 to allow for such modification.

Samsonite International has conferred with Plaintiff, and Plaintiff does not oppose this motion.

Specifically, Samsonite International moves to modify the following dates in view of the recent Good Friday and Easter Sunday holidays and remove the April 25, 2024 deadline to submit technical tutorials as the parties agree that neither party will submit a tutorial. These changes would have no impact on any other date in the Court's current schedule, including no impact to the current *Markman* Hearing on May 2, 2024 and trial date of April 28, 2025. A full proposed Second Amended Scheduling Order including these proposed dates is attached hereto as Exhibit A.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant files Reply claim construction brief. | April 4, 2024 | April 8, 2024 |
| Plaintiff files a Sur-Reply claim construction brief. | April 18, 2024 | April 24, 2024 |
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | April 23, 2024 | April 29, 2024 |
| Parties submit optional technical tutorials to the Court and technical adviser (if appointed). | April 25, 2024 | Removed: the parties agree that neither party will submit a tutorial. |
| *Markman* Hearing at 9:00 a.m. | May 2, 2024 | May 2, 2024 |

Dated:  April 3, 2024   Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Bailey K. Benedict*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel:  (214) 747-5070
Fax: (214) 747-2091

Bailey K. Benedict
benedict@fr.com
Texas State Bar No. 24083139
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Tel:  (713) 654-5300
Fax: (713) 652-0109

Wonjoon Chung (*Pro Hac Vice*)
chung@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Tel:  (404) 892-5005
Fax: (404) 892-5002

**ATTORNEYS FOR DEFENDANT
SAMSONITE INTERNATIONAL S.A.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 3, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Bailey K. Benedict*
Bailey K. Benedict


**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(g), counsel for the parties met and conferred via email on March 28, 2024. The present motion is agreed.

*/s/ Bailey K. Benedict*
Bailey K. Benedict