IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD, *Plaintiff,* | § § § | |
| v. | § § | 6:23-cv-00196-ADA-DTG |
| SAMSONITE INTERNATIONAL S.A., *Defendant.* | § § § § | |

## ORDER GRANTING ECF NO. 41

In this case, the forum's personal jurisdiction over Defendant was disputed. Defendant filed a Motion to Dismiss for lack of personal jurisdiction. ECF No. 19. Before the Court is ECF No. 41, Defendant's motion to file supplemental briefing in support of its motion to dismiss. Plaintiff's filed opposition to Defendant's motion to file supplemental briefing. ECF No. 45. For the reasons explained in the Report & Recommendation on Defendant's underlying motion to dismiss, the information contained in the motion for leave to file the supplemental briefing (ECF No. 41) has been considered and, finding good cause, the Court **GRANTS** ECF No. 41.

The clerk's office is **DIRECTED** to file into the record with the Court: ECF No. 41-1, as "DEFENDANT SAMSONITE INTERNATIONAL S.A.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS REPLY, AND EXHIBIT E"; and ECF Nos. 41-3 and 41-4 as individual accompanying exhibits (Exhibits 3 and 4, respectively).

**IT IS SO ORDERED.**
**SIGNED** this 14th day of May, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE